**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Guzman-Pineda

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj2477 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| PEDRO GUZMAN-PINEDA, | ) | |
| Defendant. | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney, in the above-captioned case.

Respectfully submitted,

Dated: August 13, 2008         *s/ Bridget Kennedy*
                               Federal Defenders of San Diego, Inc.
                               *bridget_kennedy@fd.org*

1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org

6 Attorneys for Mr. Guzman-Pineda

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )    Case No. 08mj2477
                                       )
12           Plaintiff,                )
                                       )
13 v.                                  )    PROOF OF SERVICE
                                       )
14 **PEDRO GUZMAN-PINEDA,**            )
                                       )
15           Defendant.                )
   _____)

17           Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:

20           **United States Attorney**
             efile.dkt.gc1@usdoj.gov

22 Dated: August 13, 2008                    *s/ Bridget L. Kennedy*
                                             **BRIDGET L. KENNEDY**
23                                           Federal Defenders of San Diego, Inc.,
                                             225 Broadway, Suite 900
24                                           San Diego, CA 92101-5030
                                             (619) 234-8467 (tel)
25                                           (619) 687-2666 (fax)
                                             e-mail:bridget_kennedy@fd.org